1

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276

2

CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462

3

AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330

4

Las Vegas, Nevada  89144
Telephone:    (702) 634-5000

5

Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com

6

Email: christina.bhirud@akerman.com

7

*Attorneys for Defendants Federal
National Mortgage Association
and Bank of America, N.A.*

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

12

13

NARDEEP GILL,

Case No.: 2:12-cv-00190-MMD-CWH

14

Plaintiff,

15

v.

~~**[Proposed]**~~

16

NATIONAL DEFAULT SERVICING
CORPORATION and THE FEDERAL
NATIONAL MORTGAGE ASS. and BANK OF
AMERICA, N.A. and DOES I-XX, inclusive,

**ORDER CANCELING LIS PENDENS**

17

18

Defendants.

19

This Court issued an order granting plaintiff Nardeep Gill's (**plaintiff**), and defendants

20

Federal National Mortgage Association (**Fannie Mae**) and Bank of America, N.A.'s (**BANA and,**

21

together with Fannie Mae, **defendants**), stipulation and order for dismissal with prejudice [Dkt. 29]

22

on August 23, 2012 [Dkt. 30].

23

Defendants request that the *lis pendenses* currently recorded against the subject property by

24

plaintiff be canceled.

25

The Court finds that plaintiff recorded a notice of *lis pendens* against the property located at

26

4723 Double Down Drive, #102, Las Vegas, Nevada 89122 (APN: 161-21-815-023) on January 17,

27

2012, as Instrument No. 201201170000696, in the real property records maintained by the Clark

28

County Recorder (**First *Lis Pendens***), and that plaintiff recorded another notice of *lis pendens*

AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{24937374;1}

against the property located at 4723 Double Down Drive, #102, Las Vegas, Nevada 89122 (APN: 161-21-815-023) on February 13, 2012, as Instrument No. 201202130000543, in the real property records maintained by the Clark County Recorder (**Second *Lis Pendens***).  Copies of the First and Second *Lis Pendenses* are attached hereto as **Exhibits A** and **B**, respectively, and fully incorporated by reference.

UPON CONSIDERATION of defendants' request to cancel the First and Second *Lis Pendens*, and good cause appearing therefore, the Court hereby grants defendants their requested relief and rules as follows:

1.     IT IS ORDERED, ADJUDGED, and DECREED that the First and Second *Lis Pendenses* are hereby cancelled, released, and expunged.

2.     IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the First and Second *Lis Pendenses* has the same effect as an expungement of the original First and Second *Lis Pendenses*.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**AKERMAN SENTERFITT LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{24937374;1}

2

3.     IT IS FURTHER ORDERED, ADJUDGED and DECREED that defendants shall record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____
       November 6, 2012

Submitted by:

**AKERMAN SENTERFITT LLP**

/s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendants Federal*
*National Mortgage Association*
*and Bank of America, N.A.*

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the 23rd day of August, 2012, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **[PROPOSED] ORDER CANCELING LIS PENDENS**, postage prepaid (if necessary) and addressed to:

Nardeep Gill
4723 Double Down Drive
Unit 102
Las Vegas, NV  89122-2509
*Plaintiff Pro Se*

/s/ Adam Crawford
An employee of AKERMAN SENTERFITT LLP

**AKERMAN SENTERFITT LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{24937374;1}

4

# EXHIBIT A

# EXHIBIT A

Inst #: 201201170000696

Fees: $19.00
N/C Fee: $0.00
01/17/2012 10:01:12 AM
Receipt #: 1037138
Requestor:
NARDEEP GILL
Recorded By: MJM  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** _161-21-815-023_

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

_Notice of Lis Pendens_

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

_Nardeep Gill_

**Return to:**

**Name** _Nardeep Gill_
**Address** _4723 Double Down Dr. Unit #102_
**City/State/Zip** _Las Vegas, NV 89122_

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

**NOTE**
NARDEEP GILL
*In Propria Persona*
4723 Double Down Dr. Unit 102
Las Vegas, NV 89122-2509

FILED

Jan 17  9 31 AM '12

**DISTRICT COURT**
**CLARK COUNTY NEVADA** CLERK OF THE COURT

NARDEEP GILL

    Plaintiff

      V.

NATIONAL DEFAULT SERVICING
Corporation, and THE FEDERAL
NATIONAL MORTGAGE ASS. And
BANK OF AMERICA N.A. and
DOES 1- XX inclusive.

    Defendants

Case No.: A-12-654686-C

Dept No.: XXXII

### NOTICE OF LIS PENDENS

NOTICE is given that the above entitled action was filed in the above entitled court on January 13, 2012 by property owner NARDEEP GILL, Plaintiff, against BOA N.A., FANNIE MAE, and FEDERAL NATIONAL MORTGAGE ASS., Defendants. The action affects title to:

<u>4723 Double Down Dr., #102, Las Vegas, NV 89122</u>

Or the right to possession of the GILL property in the above entitled case.

The GILL property affected by the action is located in Clark County Nevada and is described as:

        Tax Parcel No.:    161-21-815-023
        Title Report No.:  61101437

DATED: January 12th, 2012.

    By: _____
       NARDEEP GILL
       4723 Double Down Dr. #102
       Las Vegas, NV 89122

## VERIFICATION

1. I, NARDEEP GILL, *Sui Juris,* Plaintiff of the above entitled action. I have personal knowledge of the matters set forth herein, except as to matters stated upon information and belief and as to those matters I believe to be true.

2. That the facts contained therein are true and correct and are incorporated by reference as though fully set forth herein is done so as not to submit duplicitous content to this Court.

3. Plaintiff, in the above entitled action, hereby verify under penalty of perjury, under the laws of the **United States of America,** that the above statement of and belief, so help me God, Pursuant to 28 U.S.C. 1746(1).

DATED: January 17th 2012

Signed: _Nardeep Gill_
NARDEEP GILL

## CERTIFICATE OF SERVICE

I hereby acknowledge and certify that on the 17th day of January ⸺, 2012, I filed a **NOTICE OF LIS PENDENS** with the Nevada Justice Court 8th Judicial District of Clark County and delivered to Clark County Recorders' Office and by Certified U.S. Mail, prepaid, a true copy to the following at their last known address.

Bank of America N.A.
C/O CT Corporate System
818 West Seventh St 2nd Floor
Los Angeles, CA 90017

National Default Servicing Corp.
C/O The Corp. Trust Co. of Nevada
311 S. Division St.
Carson, City NV 89703

Fannie Mae
Attn: Legal Dept
3900 Wisconsin Av., NW
Washington D.C., 20016

_Sarabjit Singh_
Sarabjit Singh
771 E. Horizon Dr
Henderson, NV 89002

# EXHIBIT B

# EXHIBIT B

{22983430;1}

Inst #: 201202130000543

Fees: $19.00
N/C Fee: $0.00
02/13/2012 10:54:06 AM
Receipt #: 1064337
Requestor:
NORDEEP GILL
Recorded By: MJM   Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# *161-21-815-023*

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

## TITLE OF DOCUMENT   (DO NOT Abbreviate)

*Notice Lis Pendens*

**Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.**

**Recording requested by:**

*Nardeep Gill*

**Return to:**

**Name** *Nardeep Gill*

**Address** *4723 Double Down Dr., Unit 102*

**City/State/Zip** *Las Vegas, NV 89122-2509*

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

1   **NOTE**
2   NARDEEP GILL
    *In Propria Persona*
3   4723 Double Down Dr. Unit 102
    Las Vegas, NV 89122-2509
4

2012 FEB 13   A 9:36

5               **UNITED STATES DISTRICT COURT**

6                   **DISTRICT OF NEVADA**

7

8   NARDEEP GILL

9           Plaintiff

10          V.

11  NATIONAL DEFAULT SERVICING          Case No.: **2:12-CV-00190-RCJ-CWH**
    Corporation, and THE FEDERAL
12  NATIONAL MORTGAGE ASS. And
    BANK OF AMERICA N.A. and
13  DOES 1- XX inclusive.

14
            Defendants
15

16                  **NOTICE OF LIS PENDENS**

17          NOTICE is given that the above entitled action was filed in the above entitled court on

18  February 6, 2012 by property owner NARDEEP GILL, Plaintiff, against BOA N.A., FANNIE

19  MAE, and FEDERAL NATIONAL MORTGAGE ASS., Defendants. The action affects title to:

20              <u>4723 Double Down Dr., #102, Las Vegas, NV 89122</u>

21  Or the right to possession of the GILL property in the above entitled case.

22          The GILL property affected by the action is located in Clark County Nevada and is

23  described as:

24              Tax Parcel No.:        161-21-815-023
                Title Report No.:      61101437
25  DATED: February 13th, 2012.

26                                  By: _____
27                                      NARDEEP GILL
                                        4723 Double Down Dr. #102
28                                      Las Vegas, NV 89122

                                    1

## VERIFICATION

1. I, NARDEEP GILL, *Sui Juris,* Plaintiff of the above entitled action. I have personal knowledge of the matters set forth herein, except as to matters stated upon information and belief and as to those matters I believe to be true.

2. That the facts contained therein are true and correct and are incorporated by reference as though fully set forth herein is done so as not to submit duplicitous content to this Court.

3. Plaintiff, in the above entitled action, hereby verify under penalty of perjury, under the laws of the **United States of America,** that the above statement of and belief, so help me God, Pursuant to 28 U.S.C. 1746(1).

DATED: February 13th 2012

Signed: _NDeer_

NARDEEP GILL

## CERTIFICATE OF SERVICE

I hereby acknowledge and certify that on the _13th_ day of February, 2012, I filed a **NOTICE OF LIS PENDENS** with the United States District Court, District of Nevada and personally delivered to Clark County Recorders' Office and by Certified U.S. Mail, prepaid, a true copy to the following at their last known address.

Akerman Senterfitt LLP
1160 Town Center Dr., Suite 330
Las Vegas, NV 89114

*Attorneys for Defendants Bank of America, N.A. and Fannie Mae*

National Default Servicing Corp.
C/O The Corp. Trust Co. of Nevada
311 S. Division St.
Carson, City NV 89703

_Resham S. Kular_
Resham Kular
Las Vegas, NV

2