ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants Federal
National Mortgage Association
and Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NARDEEP GILL,<br><br>                              Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION and THE FEDERAL NATIONAL MORTGAGE ASS. and BANK OF AMERICA, N.A. and DOES I-XX, inclusive,<br><br>                              Defendants. | Case No.: 2:12-cv-00190-MMD-CWH<br><br>[Proposed]<br>**ORDER CANCELING LIS PENDENS** |

This Court issued an order granting plaintiff Nardeep Gill's (**plaintiff**), and defendants Federal National Mortgage Association (**Fannie Mae**) and Bank of America, N.A.'s (**BANA** and, together with Fannie Mae, **defendants**), stipulation and order for dismissal with prejudice [Dkt. 29] on August 23, 2012 [Dkt. 30].

Defendants request that the *lis pendenses* currently recorded against the subject property by plaintiff be canceled.

The Court finds that plaintiff recorded a notice of *lis pendens* against the property located at 4723 Double Down Drive, #102, Las Vegas, Nevada 89122 (APN: 161-21-815-023) on January 17, 2012, as Instrument No. 201201170000696, in the real property records maintained by the Clark County Recorder (**First *Lis Pendens***), and that plaintiff recorded another notice of *lis pendens*

1 against the property located at 4723 Double Down Drive, #102, Las Vegas, Nevada 89122 (APN:
2 161-21-815-023) on February 13, 2012, as Instrument No. 201202130000543, in the real property
3 records maintained by the Clark County Recorder (**Second** *Lis Pendens*).  Copies of the First and
4 Second *Lis Pendenses* are attached hereto as **Exhibits A** and **B**, respectively, and fully incorporated
5 by reference.

6 UPON CONSIDERATION of defendants' request to cancel the First and Second *Lis*
7 *Pendens*, and good cause appearing therefore, the Court hereby grants defendants their requested
8 relief and rules as follows:

9 1. IT IS ORDERED, ADJUDGED, and DECREED that the First and Second *Lis*
10 *Pendenses* are hereby cancelled, released, and expunged.

11 2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling
12 the First and Second *Lis Pendenses* has the same effect as an expungement of the original First and
13 Second *Lis Pendenses*.

14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that defendants shall record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 6, 2012

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendants Federal National Mortgage Association and Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 23rd day of August, 2012, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **[PROPOSED] ORDER CANCELING LIS PENDENS**, postage prepaid (if necessary) and addressed to:

Nardeep Gill
4723 Double Down Drive
Unit 102
Las Vegas, NV  89122-2509
*Plaintiff Pro Se*

          /s/ Adam Crawford
An employee of AKERMAN SENTERFITT LLP

{24937374;1}

4

# EXHIBIT A

# EXHIBIT A

{22983430;1}

(6)

Inst #: 201201170000696
Fees: $19.00
N/C Fee: $0.00
01/17/2012 10:01:12 AM
Receipt #: 1037138
Requestor:
NARDEEP GILL
Recorded By: MJM    Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# __161-21-815-023__
11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

__Notice of Lis Pendens__

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**
__Nardeep Gill__

**Return to:**
Name __Nardeep Gill__
Address __4723 Double Down Dr. Unit #102__
City/State/Zip __Las Vegas, NV 89122__

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

| | |
|---|---|
| 1 | **NOTE** |
| | NARDEEP GILL |
| 2 | *In Propria Persona* |
| | 4723 Double Down Dr. Unit 102 |
| 3 | Las Vegas, NV 89122-2509 |

FILED

Jan 17   9 31 AM '12

DISTRICT COURT

CLARK COUNTY NEVADA

CLERK OF THE COURT

NARDEEP GILL

    Plaintiff

    V.

NATIONAL DEFAULT SERVICING Corporation, and THE FEDERAL NATIONAL MORTGAGE ASS. And BANK OF AMERICA N.A. and DOES 1- XX inclusive.

    Defendants

Case No.: A-12-654686-C

Dept No.: XXXII

## NOTICE OF LIS PENDENS

NOTICE is given that the above entitled action was filed in the above entitled court on January 13, 2012 by property owner NARDEEP GILL, Plaintiff, against BOA N.A., FANNIE MAE, and FEDERAL NATIONAL MORTGAGE ASS., Defendants. The action affects title to:

<u>4723 Double Down Dr., #102, Las Vegas, NV 89122</u>

Or the right to possession of the GILL property in the above entitled case.

The GILL property affected by the action is located in Clark County Nevada and is described as:

    Tax Parcel No.:    161-21-815-023
    Title Report No.:    61101437

DATED: January 17th, 2012.

By: _____
NARDEEP GILL
4723 Double Down Dr. #102
Las Vegas, NV 89122

## VERIFICATION

1. I, NARDEEP GILL, *Sui Juris*, Plaintiff of the above entitled action. I have personal knowledge of the matters set forth herein, except as to matters stated upon information and belief and as to those matters I believe to be true.

2. That the facts contained therein are true and correct and are incorporated by reference as though fully set forth herein is done so as not to submit duplicitous content to this Court.

3. Plaintiff, in the above entitled action, hereby verify under penalty of perjury, under the laws of the **United States of America,** that the above statement of and belief, so help me God, Pursuant to 28 U.S.C. 1746(1).

DATED: January 17th 2012

Signed: _____
NARDEEP GILL

## CERTIFICATE OF SERVICE

I hereby acknowledge and certify that on the 17th day of January, 2012, I filed a **NOTICE OF LIS PENDENS** with the Nevada Justice Court 8th Judicial District of Clark County and delivered to Clark County Recorders' Office and by Certified U.S. Mail, prepaid, a true copy to the following at their last known address.

Bank of America N.A.
C/O CT Corporate System
818 West Seventh St 2nd Floor
Los Angeles, CA 90017

National Default Servicing Corp.
C/O The Corp. Trust Co. of Nevada
311 S. Division St.
Carson, City NV 89703

Fannie Mae
Attn: Legal Dept
3900 Wisconsin Av., NW
Washington D.C., 20016

_____
Sarabjit Singh
771 E. Horizon Dr
Henderson, NV 89002

# EXHIBIT B

# EXHIBIT B

{22983430;1}

Inst #: 201202130000543
Fees: $19.00
N/C Fee: $0.00
02/13/2012 10:54:06 AM
Receipt #: 1064337
Requestor:
NORDEEP GILL
Recorded By: MJM   Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# __161-21-815-023__

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

__Notice Lis Pendens__

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

__Nardeep Gill__

**Return to:**

Name __Nardeep Gill__

Address __4723 Double Down Dr., Unit 102__

City/State/Zip __Las Vegas, NV 89122-2509__

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

NOTE
NARDEEP GILL
*In Propria Persona*
4723 Double Down Dr. Unit 102
Las Vegas, NV 89122-2509

2012 FEB 13  A 9:36

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NARDEEP GILL

    Plaintiff

V.

NATIONAL DEFAULT SERVICING Corporation, and THE FEDERAL NATIONAL MORTGAGE ASS. And BANK OF AMERICA N.A. and DOES 1- XX inclusive.

    Defendants

Case No.: **2:12-CV-00190-RCJ-CWH**

### NOTICE OF LIS PENDENS

NOTICE is given that the above entitled action was filed in the above entitled court on February 6, 2012 by property owner NARDEEP GILL, Plaintiff, against BOA N.A., FANNIE MAE, and FEDERAL NATIONAL MORTGAGE ASS., Defendants. The action affects title to:

<u>4723 Double Down Dr., #102, Las Vegas, NV 89122</u>

Or the right to possession of the GILL property in the above entitled case.

The GILL property affected by the action is located in Clark County Nevada and is described as:

    Tax Parcel No.:    161-21-815-023
    Title Report No.:    61101437

DATED: February 13th, 2012.

By: _____
NARDEEP GILL
4723 Double Down Dr. #102
Las Vegas, NV 89122

1

## VERIFICATION

1. <u>I, NARDEEP GILL, *Sui Juris*</u>, Plaintiff of the above entitled action. I have personal knowledge of the matters set forth herein, except as to matters stated upon information and belief and as to those matters I believe to be true.
2. That the facts contained therein are true and correct and are incorporated by reference as though fully set forth herein is done so as not to submit duplicitous content to this Court.
3. Plaintiff, in the above entitled action, hereby verify under penalty of perjury, under the laws of the **United States of America,** that the above statement of and belief, so help me God, Pursuant to 28 U.S.C. 1746(1).

DATED: February 13th, 2012

Signed: _____
NARDEEP GILL

## CERTIFICATE OF SERVICE

I hereby acknowledge and certify that on the 13th day of February, 2012, I filed a **NOTICE OF LIS PENDENS** with the United States District Court, District of Nevada and personally delivered to Clark County Recorders' Office and by Certified U.S. Mail, prepaid, a true copy to the following at their last known address.

Akerman Senterfitt LLP
1160 Town Center Dr., Suite 330
Las Vegas, NV 89114

*Attorneys for Defendants Bank of America, N.A. and Fannie Mae*

National Default Servicing Corp.
C/O The Corp. Trust Co. of Nevada
311 S. Division St.
Carson, City NV 89703

_____
Resham Kular
Las Vegas, NV

2